IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BURCH, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:02cv180-MHT |
| | ) | (WO) |
| H&R BLOCK, INC., et. al. | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

This matter is before the court on the parties' joint stipulation of dismissal.  (Doc. No. 32).  The Court, having considered the joint stipulation, finds that dismissal is warranted.

Accordingly, it is ORDERED, ADJUDGED and DECREED that all counts and claims of the complaint are dismissed with prejudice as to the plaintiffs listed on Exhibit A, and without prejudice as to the plaintiffs listed on Exhibit B, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 21st day of November, 2007.**

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**

## EXHIBIT A

Burch, William E.
Christian, Angela G.
Dixon, Patricia
Smith, Emogene L.

**EXHIBIT B**

**McGhee, Tonia**